**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>  Plaintiffs,<br><br>  v.<br><br>ACTAVIS SOUTH ATLANTIC LLC and ACTAVIS, INC.,<br><br>  Defendants. | Case No. 1:11-cv-01077-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of **(1) Plaintiffs' First Set of Requests to Actavis for the Production of Documents and Things; (2) Plaintiffs' First Set of Interrogatories to Actavis; and (3) this Notice of Service** were caused to be served on January 10, 2012, on the following counsel in the manner indicated:

| BY HAND AND EMAIL | BY FIRST CLASS MAIL AND EMAIL |
|---|---|
| Dominick T. Gattuso<br>PROCTOR HEYMAN, LLP<br>300 Delaware Ave., Suite 200<br>Wilmington, DE 19801<br>*dgattuso@proctorheyman.com* | Stephen Hash<br>VINSON & ELKINS LLP<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746<br>*shash@velaw.com* |

ME1 12819970v.1

|  |  |
|---|---|
| Dated: January 10, 2012 | McCARTER & ENGLISH, LLP |
|  |  |
|  | /s/ Daniel M. Silver |
|  | Michael P. Kelly (#2295) |
|  | Daniel M. Silver (#4758) |
|  | Renaissance Centre |
|  | 405 N. King Street, 8th Floor |
|  | Wilmington, DE 19801 |
|  | *mkelly@mccarter.com* |
|  | *dsilver@mccarter.com* |
|  |  |
|  | Attorneys for Plaintiffs |

Of Counsel:
Nicholas N. Kallas
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200