IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD., and LTS LOHMANN THERAPIE-SYSTEME AG, | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | :    C.A. No. 1:11-cv-01077-SLR |
| v. | : |
| ACTAVIS SOUTH ATLANTIC LLC and ACTAVIS, INC. | : <br> : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 9, 2012, Actavis's Responses and Objections to Plaintiffs' First Set of Requests to Actavis for the Production of Documents and Things and Actavis's Responses and Objections to Plaintiffs' First Set of Interrogatories to Actavis were served via electronic mail on the following:

Michael P. Kelly
E-mail: mkelly@mccarter.com
Daniel M. Silver
E-mail: dsilver@mccarter.com
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
(302) 984-6300

Nicholas Kallas, Ph.D.
E-mail: nkallas@fchs.com
Christopher E. Loh
E-mail: cloh@fchs.com
Filko Prugo
E-mail: fprugo@fchs.com
Fitzpatrick Cella Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2200

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300

Attorney for Actavis South Atlantic LLC
and Actavis, Inc.

OF COUNSEL:

VINSON & ELKINS LLP
Stephen Hash
E-mail: shash@velaw.com
Erin Ator Thomson
E-mail: ethomson@velaw.com
Andrea Houston
E-mail: ahouston@velaw.com
2801 Via Fortuna, Suite 100
Austin, TX 78746
(512) 542-8400

Dated: February 9, 2012