IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICALS LTD, and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC, and ACTAVIS, INC.,<br><br>Defendants. | C. A. No.: 11-1077-SLR |

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICALS LTD, and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC.,<br><br>Defendants. | C. A. No.: 11-1112-SLR |

**NOTICE OF SERVICE OF INITIAL DISCOVERY UNDER PARAGRAPH 4.b. OF THE DELAWARE DEFAULT STANDARD**

The undersigned hereby certifies that Defendants Watson Laboratories, Inc., Watson Pharma, Inc., and Watson Pharmaceuticals, Inc.'s Initial Discovery in Patent Litigation Pursuant to Paragraph 4.b. of the Delaware Default Standard (production of core technical documents

regarding the accused products) were caused to be served on February 13, 2012 upon the following counsel in the manner indicated:

**BY FEDERAL EXPRESS**

Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800

*Attorneys for Plaintiffs*

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                  /s/ Erika R. Caesar

                Melanie K. Sharp (No. 2501)
                Erika R. Caesar (No. 5143)
                Rodney Square
                1000 North King Street
                Wilmington, Delaware 19801
                P.O. Box 391
                Wilmington, Delaware 19899-0391
                (302) 571-6681
                msharp@ycst.com

                ROTHWELL, FIGG, ERNST & MANBECK
                E. Anthony Figg
                Joseph A. Hynds
                C. Nichole Gifford
                607 14th Street, N.W., Suite 800
                Washington, DC 20005
                (202) 783-6040

Dated: February 24, 2012        *Attorneys for Defendants Watson Laboratories, Inc., Watson Pharma, Inc. and Watson Pharmaceuticals, Inc.*