# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG, | |
| Plaintiffs, | Case No. 1:11-cv-01077-SLR |
| v. | |
| ACTAVIS SOUTH ATLANTIC LLC and ACTAVIS, INC., | |
| Defendants. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of **(1) Plaintiffs' Responses to Actavis South Atlantic LLC and Actavis, Inc.'s First Set of Interrogatories; (2) Plaintiffs' Responses to Actavis's First Set of Requests for Production and this (3) Notice of Service** were caused to be served on March 15, 2012, on the following counsel in the manner indicated:

**BY EMAIL**

Dominick T. Gattuso
PROCTOR HEYMAN, LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
*dgattuso@proctorheyman.com*

Stephen Hash
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746
*shash@velaw.com*

ME1 13135487v.1

| | |
|---|---|
| Dated: March 15, 2012 | McCARTER & ENGLISH, LLP |
| | |
| | /s/ Daniel M. Silver |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, DE 19801 |
| | *mkelly@mccarter.com* |
| | *dsilver@mccarter.com* |
| | |
| | Attorneys for Plaintiffs |

Of Counsel:
Nicholas N. Kallas
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200