IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICALS LTD, and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC, and ACTAVIS, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No.: 11-1077-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICALS LTD, and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No.: 11-1112-RGA |

**STIPULATION TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Novartis Pharmaceuticals Corporation, Novartis AG, Novartis Pharma AG, Novartis International Pharmaceuticals Ltd. and LTS Lohmann Therapie-Systeme AG (collectively "Plaintiffs"), and Defendants Watson Laboratories, Inc., Watson Pharma, Inc. and Watson Pharmaceuticals, Inc. (collectively "Watson"), subject to approval of the Court, that the deadline for Watson to file a

01:12269114.1

response to Plaintiffs' Motion for Leave to Amend Their Complaint for Patent Infringement Against Watson (D.I.66) shall be extended through and including July 11, 2012.

| MCCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Daniel M. Silver | /s/ Robert M. Vrana |
| Michael P. Kelly (No. 2295)<br>Daniel M. Silver (No. 4758)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>mkelly@mccarter.com<br>dsilver@mcarter.com | Melanie K. Sharp (No. 2501)<br>Erika R. Caesar (No. 5143)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street, 17th Floor<br>Wilmington, Delaware 19801<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6681<br>msharp@ycst.com |
| FITZPATRICK, CELLA, HARPER & SCINTO<br>Nicholas N. Kallas<br>Filko Prugo<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>(212) 218-2100<br><br>*Attorneys for Plaintiffs* | ROTHWELL, FIGG, ERNST & MANBECK<br>E. Anthony Figg<br>C. Nichole Gifford<br>607 14th Street, N.W., Suite 800<br>Washington, DC 20005<br>(202) 783-6040<br><br>*Attorneys for Defendants Watson Laboratories, Inc., Watson Pharma, Inc. and Watson Pharmaceuticals, Inc.* |

SO ORDERED this _____ day of _____, 2012.

_____
United States District Judge