**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>                    Plaintiffs,<br><br>            v.<br><br>ACTAVIS SOUTH ATLANTIC LLC and ACTAVIS, INC.,<br><br>                    Defendants. | Case No. 1:11-cv-01077-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>                    Plaintiffs,<br><br>            v.<br><br>WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC.,<br><br>                    Defendants. | Case No. 1:11-cv-01112-RGA |

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. L.R. 7.1.4., Plaintiffs Novartis Pharmaceuticals Corporation, Novartis AG, Novartis Pharma AG, Novartis International Pharmaceutical Ltd. and LTS Lohmann

Therapie-Systeme AG respectfully request oral argument on Plaintiffs' Motion for Leave to File Amended Complaint for Patent Infringement (D.I. 66).

        **MCCARTER & ENGLISH, LLP**

        /s/ Daniel M. Silver
        Michael P. Kelly (# 2295)
        Daniel M. Silver (# 4758)
        Renaissance Centre
        405 N. King Street, 8th Floor
        Wilmington, DE 19801
        (302) 984-6300
        *dsilver@mccarter.com*
        *Attorneys for Plaintiff*

Dated: July 24, 2012

Of Counsel:
Nicholas N. Kallas
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200