IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD., and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>  Plaintiffs,<br><br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC ACTAVIS, INC., WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC.,<br><br>  Defendants. | Consol. C.A. No. 1:11-cv-01077-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 7, 2012, Actavis South Atlantic LLC and Actavis, Inc.'s Third Set of Requests for Production were served via electronic mail on the following:

Michael P. Kelly
E-mail: mkelly@mccarter.com
Daniel M. Silver
E-mail: dsilver@mccarter.com
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
(302) 984-6300

Nicholas Kallas, Ph.D.
E-mail: nkallas@fchs.com
Christopher E. Loh
E-mail: cloh@fchs.com
Filko Prugo
E-mail: fprugo@fchs.com
Fitzpatrick Cella Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2200

Melanie K. Sharp
E-mail: msharp@ycst.com
Erika R. Caesar
E-mail: ecaesar@ycst.com
Young, Conaway, Stargatt &
Taylor LLP

C. Nicole Gifford
E-mail: ngifford@rfem.com
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, NW, Suite 800
Washington, D.C. 20005
(202) 783-6040

Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600

                                              PROCTOR HEYMAN LLP

                                              */s/ Dominick T. Gattuso*
                                              Dominick T. Gattuso (# 3630)
                                              E-mail: dgattuso@proctorheyman.com
                                              300 Delaware Ave., Suite 200
                                              Wilmington, DE 19801
                                              (302) 472-7300

                                              Attorney for Actavis South Atlantic LLC
                                              and Actavis, Inc.

OF COUNSEL:

VINSON & ELKINS LLP
Stephen Hash
E-mail: shash@velaw.com
Erin Ator Thomson
E-mail: ethomson@velaw.com
Andrea Houston
E-mail: ahouston@velaw.com
2801 Via Fortuna, Suite 100
Austin, TX 78746
(512) 542-8400

Dated: August 8, 2012