**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICALS LTD. and LTS LOHMANN THERAPIE-SYSTEME AG, | : : : : : : : | |
| Plaintiffs, | : : | Case No. 1:11-cv-01077-RGA |
| v. | : : | |
| ACTAVIS SOUTH ATLANTIC LLC and ACTAVIS, INC., | : : : | |
| Defendants. | : : | |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICALS LTD. and LTS LOHMANN THERAPIE-SYSTEME AG, | : : : : : : : | |
| Plaintiffs, | : : | Case No. 1:11-cv-01112-RGA |
| v. | : : | |
| WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC., | : : : : | |
| Defendants. | : | |

**<u>NOTICE OF SERVICE</u>**

ME1 14180010v.1

The undersigned hereby certifies that true and correct copies of **Plaintiffs' Fourth Supplemental Responses to Watson's Interrogatory No. 1 and this Notice of Service** were caused to be served on October 17, 2012, on the following counsel in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Melanie K. Sharp | E. Anthony Figg |
| Monte Squire | C. Nichole Gifford |
| Erika R. Caesar | Rothwell, Figg, Ernst & Manbeck, P.C. |
| Young, Conaway, Stargatt & Taylor LLP | 1425 K Street, N.W., Suite 800 |
| Rodney Square | Washington, DC 20005 |
| 1000 North King Street | 202-783-6040 |
| Wilmington, DE 19801 | *efigg@rfem.com* |
| *msharp@ycst.com* | *ngifford@rfem.com* |
| *msquire@ycst.com* | |
| *ecaesar@ycst.com* | |

| | |
|---|---|
| Dated: October 17, 2012 | McCARTER & ENGLISH, LLP |
| | |
| | /s/ Daniel M. Silver |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, DE 19801 |
| | *mkelly@mccarter.com* |
| | *dsilver@mccarter.com* |
| | |
| | Attorneys for Plaintiffs |

Of Counsel:
Nicholas N. Kallas
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200