# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICALS LTD. and LTS LOHMANN THERAPIE-SYSTEME AG, | : : : : : : : | |
| Plaintiffs, | : : | Case No. 1:11-cv-01077-RGA |
| v. | : : | |
| ACTAVIS SOUTH ATLANTIC LLC and ACTAVIS, INC., | : : : | |
| Defendants. | : : | |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICALS LTD. and LTS LOHMANN THERAPIE-SYSTEME AG, | : : : : : : : | |
| Plaintiffs, | : : | Case No. 1:11-cv-01112-RGA |
| v. | : : | |
| WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC., | : : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of **(1) Opening Expert Report of Professor Alexander M. Klibanov; (2) Opening Expert Report of Professor**

ME1 14431977v.1

**Martyn C. Davies on Infringement Pursuant to Fed R. Civ. P. 26(a)(2)(B) and (3)** this **Notice of Service** were caused to be served on November 19, 2012, on the following counsel in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Melanie K. Sharp | E. Anthony Figg |
| Monte Squire | C. Nichole Gifford |
| Erika R. Caesar | Rothwell, Figg, Ernst & Manbeck, P.C. |
| Young, Conaway, Stargatt & Taylor LLP | 1425 K Street, N.W., Suite 800 |
| Rodney Square | Washington, DC 20005 |
| 1000 North King Street | 202-783-6040 |
| Wilmington, DE 19801 | *efigg@rfem.com* |
| *msharp@ycst.com* | *ngifford@rfem.com* |
| *msquire@ycst.com* | |
| *ecaesar@ycst.com* | |
| | |
| Dominick T. Gattuso | Stephen Hash |
| PROCTOR HEYMAN, LLP | VINSON & ELKINS LLP |
| 300 Delaware Ave., Suite 200 | 2801 Via Fortuna, Suite 100 |
| Wilmington, DE 19801 | Austin, TX 78746 |
| *dgattuso@proctorheyman.com* | *shash@velaw.com* |

Dated: November 20, 2012                               McCARTER & ENGLISH, LLP

                                                                                   /s/ Daniel M. Silver
                                                                                   Michael P. Kelly (#2295)
                                                                                   Daniel M. Silver (#4758)
Of Counsel:                                                          Renaissance Centre
Nicholas N. Kallas                                               405 N. King Street, 8th Floor
Filko Prugo                                                          Wilmington, DE 19801
FITZPATRICK, CELLA, HARPER & SCINTO      *mkelly@mccarter.com*
1290 Avenue of the Americas                         *dsilver@mccarter.com*
New York, New York 10104-3800
Telephone: (212) 218-2100                              Attorneys for Plaintiffs
Facsimile: (212) 218-2200