IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG<br><br>                    Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.<br><br>                    Defendants. | C.A. No. 11-1077-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG<br><br>                    Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC.<br><br>                    Defendants. | C.A. No. 11-1112-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of the **Reply Expert Report of Professor Alexander M. Klibanov and Reply Expert Report of Professor Martyn C.**

ME1 15149294v.1

**Davies** were caused to be served on February 28, 2013 on the following counsel in the manner indicated:

**BY EMAIL**

Melanie K. Sharp
Robert Vrana
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*msharp@ycst.com*
*rvrana@ycst.com*

E. Anthony Figg
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
202-783-6040
*efigg@rfem.com*
*ngifford@rfem.com*

Steven J. Fineman
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7592
fineman@rlf.com

Daniel G. Brown
Gina R. Gencarelli
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
daniel.brown@lw.com
gina.gencarelli@lw.com

Jennifer Koh
Latham & Watkins LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
jennifer.koh@lw.com

Dated: March 1, 2013

Of Counsel:
Nicholas N. Kallas
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

McCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
*mkelly@mccarter.com*
*dsilver@mccarter.com*

*Attorneys for Plaintiffs*