IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>                                  Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>                                  Defendant. | C.A. No. 11-1077-RGA  (Consolidated) |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>                                  Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC.,<br><br>                                  Defendants. | C.A. No. 11-1112-RGA |

**NOTICE OF DEPOSITION OF PLAINTIFFS' EXPERTS**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Par Pharmaceutical, Inc. ("Par") has taken or will take the deposition upon

oral examination of the following individuals at the agreed-upon dates, times, and locations noted below:

| Deponent | Date and Time | Location |
| --- | --- | --- |
| Alexander M. Klibanov, Ph.D. | May 2 and May 3, 2013 at 9:30 A.M. | Fitzpatrick, Cella, Harper & Scinto 1290 Avenue of the Americas New York, NY 10104-3800 |
| Martyn C. Davies, Ph.D. | June 5 and June 6, 2013 at 9:00 A.M. | Fitzpatrick, Cella, Harper & Scinto 1290 Avenue of the Americas New York, NY 10104-3800 |

The oral examinations have been or will be recorded stenographically and by videotape, and the stenographic method has included or will include the instant visual display of the testimony. Counsel for the Plaintiffs is invited to attend and cross-examine the witness in the manner provided under the Federal Rules of Civil Procedure.

Of Counsel:

Daniel G. Brown
Gina R. Gencarelli
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200

Jennifer Koh
LATHAM & WATKINS LLP
12636 High Bluff Drive
Suite 400
San Diego, CA 92130
(858) 523-5400

Dated: May 21, 2013

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Katharine C. Lester (#5629)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
lester@rlf.com

*Attorneys for Defendant Par Pharmaceutical, Inc.*