IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICALS LTD, and LTS LOHMANN THERAPIE-SYSTEME AG, | ) ) ) ) ) ) | C. A. No.: 11-1077-RGA CONSOLIDATED |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PAR PHARMACEUTICAL, INC., | ) ) | |
| Defendant. | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICALS LTD, and LTS LOHMANN THERAPIE-SYSTEME AG, | ) ) ) ) ) ) | C. A. No.: 11-1112-RGA |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that a copy of List of Fact Witnesses to be Called at Trial in the Watson Defendants' Case-In-Chief and this Notice were caused to be served on June 7, 2013 upon the following in the manner indicated:

01:13692659.1

**BY E-MAIL (by agreement of counsel)**

Michael P. Kelly
Daniel M. Silver
Mccarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com

Nicholas N. Kallas
Filko Prugo
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104-3800
nkallas@fchs.com
fprugo@fchs.com

*Attorneys for Plaintiffs*

Steven J. Fineman
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
fineman@rlf.com
levy@rlf.com

Daniel G. Brown
Gina R. Gencarelli
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
daniel.brown@lw.com
gina.gencarelli@lw.com

Jennifer Koh
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
jennifer.koh@lw.com

*Attorneys for Defendant Par Pharmaceutical, Inc.*

<table>
<tr><td></td><td>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Robert M. Vrana<br>_____<br>Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6681<br>msharp@ycst.com<br><br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>E. Anthony Figg<br>C. Nichole Gifford<br>607 14th Street, N.W., Suite 800<br>Washington, DC 20005<br>(202) 783-6040<br><br>*Attorneys for Defendants Watson Laboratories, Inc., Watson Pharma, Inc. and Actavis, Inc. .(f/k/a Watson Pharmaceuticals, Inc.)*</td></tr>
<tr><td>Dated: June 7, 2013</td><td></td></tr>
</table>