IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICALS LTD, and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No.: 11-1077-RGA<br>CONSOLIDATED |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICALS LTD, and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No.: 11-1112-RGA |

## WATSON'S NOTICE OF INTENT TO REDACT

Defendants Watson Laboratories, Inc., Actavis Pharma, Inc. (f/k/a Watson Pharma, Inc.), and Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.) (collectively "Watson"), by and through their undersigned counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and this Court's Policy on the Electronic Availability of Transcripts of Court Proceedings, hereby submit their Notice of Intent to Redact with respect to the transcripts of the trial held on August 26-29, 2013 (D.I. 306-309) in the above-captioned action.

Watson will submit a Motion for Redaction of Electronic Transcript within 21 days of the docketing of the transcripts in accordance with the Court's Policy on the Electronic Availability of Transcripts of Court Proceedings.

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ Robert M. Vrana |
|  | Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6681<br>msharp@ycst.com |
|  | ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>E. Anthony Figg<br>C. Nichole Gifford<br>Seth E. Cockrum<br>Brett A. Postal<br>607 14th Street, N.W., Suite 800<br>Washington, DC 20005<br>(202) 783-6040<br>efigg@rfem.com<br>ngifford@rfem.com<br>scockrum@rfem.com<br>bpostal@rfem.com |
| Dated: September 30, 2013 | *Attorneys for Defendants Watson Laboratories, Inc., Actavis Pharma, Inc. (f/k/a Watson Pharma, Inc.), and Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.)* |