IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 11-1077-RGA |
| ACTAVIS SOUTH ATLANTIC LLC, et al., | : |
| Defendants. | : |

**ORDER**

I have before me a motion to redact trial transcripts. (D.I. 314). It is unopposed. (D.I. 315). I have reviewed the proposed redactions. I think the Defendants have made a good faith and conscientious attempt to protect various trade secrets and confidential business information, the release of which could harm either the Defendants or a third-party, without at the same time proposing obviously unnecessary redactions. It seems to me that there probably could be less redactions than are proposed, but I am not confident that I am right about that. Without the benefit of an adversarial proceeding, and taking into account that I think Defendants are in the right ballpark, it seems to me the better course is to grant the motion, as is, with the understanding that the redactions would be subject to further review should a third party intervene for the purpose of seeking redaction reduction.

Therefore, this 5th day of November 2013, the motion to redact (D.I. 314) is **GRANTED**.

/s/ Richard G. Andrews
United States District Judge