# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG<br><br>              Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.<br><br>              Defendant. | C.A. No. 11-1077-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG<br><br>              Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC.<br><br>              Defendants. | C.A. No. 11-1112-RGA |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by Defendants Watson Laboratories, Inc., Watson Pharma, Inc. and Watson Pharmaceuticals, Inc. ("Watson") and Defendant Par Pharmaceutical, Inc. ("Par"), subject to the approval of the Court, that the deadline for Par to

RLF1 9720727v.1

respond to Watson's Motion to Deconsolidate Cases (D.I. 328) shall be extended to Thursday, January 9, 2014 (from Thursday, January 2, 2014).

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS LAYTON & FINGER, P.A. |
| /s/ Robert M. Vrana | /s/ Katharine C. Lester |
| Melanie K. Sharp (#2501) | Steven J. Fineman (#4025) |
| James L. Higgins (#5021) | Katharine C. Lester (#5629) |
| Robert M. Vrana (#5666) | One Rodney Square |
| Rodney Square | 920 North King Street |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 651-7700 |
| P.O. Box 391 | fineman@rlf.com |
| Wilmington, DE 19899-0391 | lester@rlf.com |
| (302) 571-6681 | |
| msharp@ycst.com | Of Counsel: |
| Of Counsel: | Daniel G. Brown |
| | Gina R. Gencarelli |
| E. Anthony Figg | LATHAM & WATKINS LLP |
| C. Nicole Gifford | 885 Third Avenue |
| Brett A. Postal | New York, NY 10022 |
| Seth E. Cockrum | (212) 906-1200 |
| ROTHWELL, FIGG, ERNST & MANBECK, P.C. | daniel.brown@lw.com |
| | gina.gencarelli@lw.com |
| 607 14th Street, N.W. Suite 800 | |
| Washington, DC 20005 | Jennifer Koh |
| (202) 783-6040 | LATHAM & WATKINS LLP |
| efigg@rfem.com | 12636 High Bluff Drive |
| ngifford@rfem.com | Suite 400 |
| bpostal@rfem.com | San Diego, CA 92130 |
| scockrum@rfem.com | (858) 523-5400 |
| | jennifer.koh@lw.com |
| *Attorneys for Defendant Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.), Watson Laboratories, and Actavis Pharma, Inc. (f/k/a Watson Pharma, Inc.)* | *Attorneys for Defendant Par Pharmaceutical, Inc.* |

Dated: December 20, 2013

SO ORDERED this ___ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE