# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>       Plaintiffs,<br><br>       v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>       Defendant. | Case No. 1:11-cv-01077-RGA<br>Case No. 1:13-cv-01467-RGA<br>(consolidated) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **Plaintiffs' Supplemental Reply Expert Report of Professor Martyn C. Davies** were caused to be served via email on following counsel of record on March 25, 2014:

Steven J. Fineman (#4025)
Katharine C. Lester (#5629)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*fineman@rlf.com*
*lester@rlf.com*

Daniel G. Brown
Gina R. Gencarelli
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
*daniel.brown@lw.com*
*gina.genacarelli@lw.com*

ME1 17493802v.1

Roger J. Chin
LATHAM &WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415) 391-0600
*roger.chin@lw.com*

Jennifer Koh
LATHAM & WATKINS LLP
12636 High Bluff Drive
Suite 400
San Diego, CA 92130
(858) 523-5400
*jennifer.koh@lw.com*

*Attorneys for Defendant
Par Pharmaceutical, Inc.*

|  |  |
|---|---|
| Dated: March 26, 2014 | McCARTER & ENGLISH, LLP |
|  | /s/ Daniel M. Silver |
|  | Michael P. Kelly (#2295) |
|  | Daniel M. Silver (#4758) |
|  | Renaissance Centre |
| OF COUNSEL: | 405 N. King Street, 8th Floor |
|  | Wilmington, DE 19801 |
| Nicholas N. Kallas | (302) 984-6300 |
| Filko Prugo | *mkelly@mccarter.com* |
| FITZPATRICK, CELLA, HARPER | *dsilver@mccarter.com* |
| & SCINTO |  |
| 1290 Avenue of the Americas | *Attorneys for Plaintiffs* |
| New York, New York 10104-3800 |  |
| (212) 218-2100 |  |
| nkallas@fchs.com |  |
| fprugo@fchs.com |  |